UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BENJAMIN L.,

      Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

Case No. 3:25-cv-42

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 13); (2) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE DOCKET**

---

This is a Social Security benefits appeal in which Plaintiff is represented by counsel. The case is before the Court on the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Silvain recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed. Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, and having carefully considered this matter, the Court concludes that the Report and Recommendation sets forth the applicable law and is well reasoned. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) the Commissioner's non-disability finding is **AFFIRMED**; and (3) this case is **TERMINATED** on the docket.

      **IT IS SO ORDERED.**

March 2, 2026                         s/*Michael J. Newman*

Hon. Michael J. Newman
United States District Judge